SCANNED
DATE: 4-11-06
BY: CMK

FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2006 APR 11 A 8:40

U.S. DISTRICT COURT
DISTRICT OF MASS.

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

v.

CARL RAUSCH,

            Defendant.

Civil Action No.

**06 - 10642 PBS**

## FINAL JUDGMENT AS TO DEFENDANT CARL RAUSCH

The Securities and Exchange Commission having filed a Complaint and Defendant Carl Rausch ("Defendant Rausch") having entered a general appearance; consented to the Court's jurisdiction over Defendant Rausch and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Rausch, directly or indirectly through Defendant Rausch's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise, is permanently restrained and enjoined from aiding and abetting any violation of Section 13(a) of the Exchange Act [15 U.S.C. § 78m(a)] and Rules 12b-20, 13a-11 and 13a-13 thereunder [17 C.F.R. §§240.12b-20, 240.13a-11 and 240.13a-13] by knowingly providing substantial assistance to any issuer of securities registered under Section 12 of the Exchange Act [15 U.S.C. § 78l] that fails to file with the Commission, in accordance with such

rules and regulations as the Commission may prescribe as necessary or appropriate for the proper protection of investors and to insure fair dealing in the security, such information and documents as the Commission shall require to keep reasonably current the information and documents required to be included in or filed with an application or registration statement filed pursuant to Section 12 of the Exchange Act, or such annual reports, certified if required by the rules and regulations of the Commission by independent public accountants, and such current and quarterly reports as the Commission may prescribe, including but not limited to current reports on Form 8-K as prescribed by Rule 13a-11 [17 C.F.R. § 240.13a-11] and quarterly reports on Form 10-Q as prescribed by Rule 13a-13 [17 C.F.R. §240.13a-13], and by failing to include, in addition to the information expressly required to be included in any statement or report filed pursuant to Section 13(a) of the Exchange Act [15 U.S.C. §78m(a)], such further material information, if any, as may be necessary to make the required statements, in light of the circumstances under which they are made, not misleading.

II.

It Is Hereby Further Ordered, Adjudged, And Decreed that Defendant Rausch shall pay a civil penalty in the amount of $40,000 pursuant to Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)]. Defendant Rausch's payment of $40,000 shall be as follows: (1) the $40,000 shall be paid in four payments; the first payment of $10,000 is to be made within 10 days of the entry of this Final Judgment; the second payment of $10,000 is to be made within 119 days of the first payment; the third payment of $10,000 is to be made within 118 days of the second payment; and the final payment of $10,000 is to be made within 118 days of the third payment, such that the entire $40,000 is paid within one year of the entry of this Final Judgment.

2

Defendant Rausch shall make each payment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Carl Rausch as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant Rausch shall simultaneously transmit photocopies of such payment and letter to the Commission's counsel in this action. Defendant Rausch shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent of Defendant Carl Rausch is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant Rausch shall comply with all of the undertakings and agreements set forth therein.

IV.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: 4/24, 06

*[signature]*
UNITED STATES DISTRICT JUDGE